UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
EDWARD PINEIRO,                  )
           Petitioner,           )
                                 )
     v.                          )
                                 )   C.A. No. 05-40077-NMG
DAVID L. WINN, Warden,           )
Federal Medical Center Devens    )
Ayer, Massachusetts,             )
           Respondent.           )
```

MEMORANDUM AND ORDER OF DISMISSAL

On May 17, 2005, petitioner Edward Pineiro, currently incarcerated at FMC Devens in Ayer, Massachusetts, filed a well-written pleading captioned as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241(c)(3). Pineiro alleges that he is currently serving a 282 month sentence imposed on him on September 9, 1998 by the Honorable James Michael, Jr., District Judge, of the Western District of Virginia. Pineiro seeks to be resentenced in light of United States v. Booker, 125 S. Ct. 738 (2005). Pineiro argues that Booker applies retroactively.

On April 15, 2005, about one month before the Court received Pineiro's petition, the First Circuit ruled in Cirilo-Muñoz v. United States, 404 F.3d 527, 533 (1st Cir. 2005) that Booker does not apply retroactively to cases on collateral review. In light of the First Circuit's unambiguous holding, the Court must dismiss Pineiro's petition.[1]

ACCORDINGLY, it is ordered that this action be DISMISSED.

```
 6/30/05                           /s/ Nathaniel M. Gorton
DATE                               UNITED STATES DISTRICT JUDGE
```

---

[1] Pineiro also argues that § 2241 is the proper vehicle to challenge his sentence because the provisions of 28 U.S.C. §§ 2244 and 2255 prevent him from filing a second or successive § 2255 petition. The case may be dismissed without addressing that issue.