```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

EDWARD PINEIRO,                  )
          Petitioner,            )
                                 )
     v.                          )
                                 )    C.A. No. 05-40077-NMG
DAVID L. WINN, Warden,           )
Federal Medical Center Devens    )
Ayer, Massachusetts,             )
          Respondent.            )
```

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated June 30, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

July 1, 2005                              By the Court,

                                          /s/ Jeanette McGlamery
                                          Deputy Clerk