UNITED STATES DISTRICT COURT
DISTRICT OF MASACHUSETTS

EDWARD PINEIRO,
    Petitioner,

v.

DAVID L. WINN, Warden,
Federal Medical Center Devens
Ayer, Massachusetts,
    Respondent.

C.A. No. 05-40077-NMG

## NOTICE OF APPEAL

Edward Pineiro, acting pro se, respectfully files this Notice of Appeal from the June 30, 2005 Memorandum and Order of Dismissal in the above captioned matter.

Respectfully submitted,

Edward Pineiro
Reg. No. 05792-084
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879
Dated: July 7, 2005

## CERTIFICATION

I hereby certify that a copy of the above has been sent to: David L. Winn, Warden, FMC Devens, Ayer, MA by placing in the prison internal mail this 7th day of July, 2005.

Edward Pineiro