## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-40077

Edward Pineiro

v.

David L. Winn

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/11/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 20, 2005.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/30/05.

*Burchard*

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS

# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:05-cv-40077-NMG

Pineiro v. Winn  
Assigned to: Judge Nathaniel M. Gorton  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 05/18/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Edward Pineiro**              represented by  **Edward Pineiro**  
05792-34  
FMC Devens  
PO Box 879  
Ayer, MA 01432  
PRO SE

V.

**Respondent**

**Warden David L. Winn**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 5, receipt number 64373, filed by Edward Pineiro. (Attachments: # 1 Part 2 # 2 Exhibit A)(Hassett, Kathy) (Entered: 05/18/2005) |
| 06/30/2005 | 2 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER. In light of the First |

| | | |
|---|---|---|
| | | Circuit's unambiguous holding in Cirilo-Munoz v. United States, 404 F.3d 527, 533 (1st Cir. Apr. 15, 2005), that Booker does not apply retroactively to cases on collateral review, the Court must dismiss Pineiro's petition.(McGlamery, Jeanette) (Entered: 07/01/2005) |
| 07/01/2005 | 3 | Judge Nathaniel M. Gorton : ORDER entered. ORDER DISMISSING CASE. In accordance with the Memorandum and Order dated June 30, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.(McGlamery, Jeanette) (Entered: 07/01/2005) |
| 07/11/2005 | 4 | NOTICE OF APPEAL as to 2 Memorandum & ORDER,, 3 Order Dismissing Case, by Edward Pineiro. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/1/2005. (Elefther, Elizabeth) (Entered: 07/12/2005) |