MANDATE

05-40077
USDC/MA
60/ta

# United States Court of Appeals
## For the First Circuit

No. 05-2117

EDWARD PINEIRO,

Petitioner, Appellant,

v.

DAVID L. WINN, Warden,

Respondent, Appellee.

---

**JUDGMENT**
**Entered: December 9, 2005**

By notices issued September 19, 2005, October 14, 2005 and November 17, 2005, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by December 1, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

JULIE GREGG

By:_____
Operations Manager

Deputy Clerk

Date: 1/3/06

[cc: Edward Pineiro, Michael J. Sullivan, USA]